# United States District Court
# For The Western District of North Carolina
# Asheville Division

Shelley B. Rice ,

    Plaintiff(s),

vs.

Michael J. Astrue ,
Commissioner of Social Security ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:12-cv-00067

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/13/12 Order of Remand.

Signed: September 13, 2012

Frank G. Johns, Clerk
United States District Court